AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) |
| Philip James Weisbecker | ) Case: 1:21-mj-00628 |
| | ) Assigned To : Faruqui, Zia M. |
| | ) Assign. Date : 10/13/2021 |
| | ) Description: Complaint w/ Arrest Warrant |
| *Defendant* | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* __Philip James Weisbecker__,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☒ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority;
18 U.S.C. § 1752(a)(2) - Knowingly Engaging in Disorderly or Disruptive Conduct in any Restricted Buildings or Grounds;
40 U.S.C. § 5104(e)(2)(D), (G) - Violent Entry and Disorderly Conduct on Capitol Grounds.

Date: 10/14/2021

Zia M. Faruqui
2021.10.14 21:45:10 -04'00'

*Issuing officer's signature*

City and state: Washington, D.C.    Zia M. Faruqui, United States Magistrate Judge

*Printed name and title*

### Return

This warrant was received on *(date)* 10/14/2021, and the person was arrested on *(date)* 10/21/2021
at *(city and state)* JAMUL, CA.

Date: 10/21/2021

*Arresting officer's signature*

JORDAN GOOD   TASK FORCE OFFICER FBI
*Printed name and title*