# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED SATES OF AMERICA** | : | **CRMINAL NO.** |
| | : | |
| v. | : | **MAGISTRATE NO. 1:21-mj-00628-ZMF** |
| | : | |
| **PHILIP JAMES WEISBECKER,** | : | |
| | : | |
| **Defendant.** | : | |

## NOTICE OF SUBSTITUTION OF COUNSEL

The United States of America, by and through the United States Attorney for the District of Columbia, informs the Court the above-captioned matter is now assigned to Assistant United States Attorney Michael G. James, who may be contacted at (9191) 856-4530 or email at Mike.James@usdoj.gov.  AUSA Michael G. James will be substituting for AUSA Frederick Walton Yette.

Respectfully submitted,

CHANNING D. PHILLIPS

Acting United States Attorney
D.C. Bar No. 415793

By:   /s/ Michael G. James
MICHAEL G. JAMES
Assistant United States Attorney
N.Y. Reg. No. 2481414
Office of the United States Attorney
Eastern District of North Carolina
(on detail to the USAO-D.C.)
150 Fayetteville Street, Suite 2100
Raleigh, NC 27601
Mike.James@usdoj.gov
Telephone: (919) 856-4530