IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL NO. 21-MJ-628 |
| | : | |
| | : | |
| PHILLIP JAMES WEISBECKER | : | |

### DEFENDANT'S MOTION TO TEMPORARILY MODIFY BOND CONDITIONS TO ALLOW TRAVEL TO MEXICO FOR WORK PURPOSES

Mr. Phillip Weisbecker, through his attorney, Kira Anne West, respectfully requests that this Honorable Court temporarily modify his conditions of release to allow him to travel to Mexico for work. Specifically, Mr. Weisbecker asks the Court to allow him to pick up construction materials that were left behind before his arrest during the weekend of November 19-21, 2021.

Argument

The defendant appeared before this Court on November 9, 2021 and conditions of release were set by the Honorable Robin Meriwether. One of the "additional conditions" is that the defendant get court approval before he goes "outside of the Continental United States."

The defendant contacted pretrial services in San Diego, Officer Jennifer Van on Friday, November 12 and Monday, November 15, 2021, via telephone. He left

1

messages both times. He has not been called back as of the filing of this motion. So far, Mr. Weisbecker has been compliant with his release conditions. Undersigned counsel has contacted D.C. pretrial officer John Copes who is s assigned to this case and indicates that he defers to the court. AUSA Mike James, on detail for theses January 6 cases, opposes the motion. Mr. Weisbecker can continue to be supervised by telephone contacts, email, text and any other condition this Court deems appropriate.

The defendant was living in Mexico when he was arrested in this case and therefore had no time to gather many of his personal and business belongings. His business tools are not the kind one can go to home depot and purchase. They include a tile saw and solar panels. Undersigned counsel understands that travel between the U.S. and Mexico at this border crossing is the normal course of business.

Conclusion

Mr. Weisbecker can effectively be monitored by Pretrial Services while he gathers his belongings. There is no threat to the community posed by Mr. Weisbecker which is evidenced by his behavior when arrested and perfect record of compliance since his release. The combination of conditions currently in place would assure this Court of the safety of the community and his presence at trial.

Respectfully submitted,

KIRA ANNE WEST

By:     /s/
Kira Anne West
DC Bar No. 993523
712 H Street N.E., Unit 509
Washington, D.C. 20002
Phone: 202-236-2042
kiraannewest@gmail.com
Attorney for Mr. Weisbecker

## CERTIFICATE OF SERVICE

I hereby certify on the 16th day of November, 2021, a copy of same was delivered to the parties of record, by email pursuant to the Covid standing order and the rules of the Clerk of Court.

/S/

Kira Anne West