IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL NO. 21-MJ-628 |
| | : | |
| | : | |
| PHILLIP JAMES WEISBECKER | : | |

**ORDER**

Pending before the Court is the motion to temporarily modify conditions of release by the defendant to allow him to pick up his work materials in Mexico. Finding the motion is meritorious, it is

**ORDERED** that the motion to temporarily modify conditions of release is **GRANTED**. Mr. Weisbecker may travel to Mexico to pick up his work materials, provided that he: (1) notifies pretrial services of his departure and return dates at least 7 days in advance of his proposed travel to Mexico; and (2) returns to the United States and his residence within 48 hours of his departure. If Mr. Weisbecker cannot retrieve his materials within these parameters, defense counsel may file a further motion with the Court. All other release conditions shall remain in effect.

_____
ROBIN M. MERIWEATHER
UNITED STATES MAGISTRATE JUDGE